STEPHEN H. TURNER, SBN 89627
 E-Mail: Turner@Lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant
HAMEROFF LAW FIRM

IN THE UNITED STATES DISTRICT COURT

OF ARIZONA

| | |
|---|---|
| MICHAEL STARR and LORITA STARR, on behalf of themselves and all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HAMEROFF LAW FIRM, PC et al.<br><br>Defendant. | CASE NO.  CV 06-00520-FRZ (GEE)<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL**<br><br>DATE:<br>TIME:<br>DEPT.: |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4838-8310-5538.1

1    Plaintiffs MICHAEL STARR and LORITA STARR, and Defendant HAMEROFF LAW

2    FIRM (collectively, "Hameroff") stipulate that Hameroff may be dismissed, with prejudice, from

3    this action.

4

5    DATED: _____          LAW OFFICE OF RICHARD GROVES

6

7                                     By: _____
                                          Richard Groves, Esq.
8                                         Counsel for Plaintiff

9

10

11   DATED: _____          LEWIS BRISBOIS BISGAARD & SMITH, LLP

12

13                                    By: _____
                                          Stephen H. Turner, Esq.
14                                        Counsel for Defendant
                                          Hameroff Law Firm
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4838-8310-5538.1                      -2-
STIPULATION AND PROPOSED ORDER FOR DISMISSAL

1    PROPOSED ORDER

2        Based upon the Stipulation of plaintiffs MICHAEL STARR and LORITA

3    STARR,  Defendant HAMEROFF LAW FIRM is hereby dismissed, with prejudice,

4    from this action.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER FOR DISMISSAL

CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard Groves, Esq.
LAW OFFICE OF RICHARD GROVES
Attorneys for Plaintiff

By:    /s/ Stephen H. Turner

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4838-8310-5538.1

STIPULATION AND PROPOSED ORDER FOR DISMISSAL