IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Starr and Lorita Starr, on behalf of themselves and all similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Hameroff Law Firm, PC; et al.,<br><br>    Defendants. | No. CV 06-520-TUC-FRZ<br><br>**ORDER** |

Based upon the Stipulation of Plaintiffs Michael Starr and Lorita Starr, Defendant Hameroff Law Firm is hereby dismissed, with prejudice, from this action.

DATED this 10th day of January, 2008.

FRANK R. ZAPATA
United States District Judge