1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9   Michael Starr and Lorita Starr, husband    )      No. CV 06-520 TUC FRZ (GEE)
    and  wife,                                  )
10                                              )               **ORDER**
                    Plaintiff,                  )
11  v.                                          )
                                                )
12  The Hameroff Law Firm, PC; et al.,          )
                                                )
13                  Defendants.                 )
                                                )
14  _____)

15          Before the Court for consideration in this action, brought pursuant to the Fair Debt

16  Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*., is a Motion to Compel

17  Arbitration filed by Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc.

18  and ZB Limited Partners.

19          This matter was referred to the United States Magistrate Judge for all pretrial

20  proceedings and report and recommendation in accordance with the provisions of 28 U.S.C.

21  § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District

22  Court for the District of Arizona.

23          Magistrate Judge Glenda E. Edmonds issued her Report and Recommendation, filed

24  on October 31, 2007, recommending that the District Court, after its independent review of

25  the record, enter an order denying the Defendants' Motion to Compel, based on the finding

26  that Defendants failed to make the threshold showing that they are the "employees, agents or

27  assigns"of Bank One, based on the fact that the arbitration clause at issue "explicitly applies

28  to claims brought by the Starrs against Bank One or its' employees, agents or assigns.'"

Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc. and ZB Limited Partners filed an Objection to and Request for Reconsideration of Magistrate's Report and Recommendation Regarding Motion to Compel Arbitration, arguing that the recommendation is based on an erroneous reading of the facts alleged and that the issue of whether Unifund CCR Partners is an assignee of Bank One should be resolved based upon the pleadings, by which "Plaintiffs' own allegations, and Defendants admission in the pleadings, the issue of the validity of the assignment of Plaintiffs' debt became a non-issue, as it was never contested."

In Plaintiffs' Response to Defendants' Objection to Magistrate's Report and Recommendation, the Plaintiffs urge the Court to adopt the Report and Recommendation and deny the Motion to Compel Arbitration based on the Defendants' failure to prove that they were assigned any rights to arbitration created in the cardmember agreement between Plaintiffs and First USA Bank, N.A.

Setting forth the standards for review of a magistrate judge's determination under 28 U.S.C. § 636(b)(1)(A), and case law in support thereof, Plaintiffs argue that the Court may only set aside the finding of the Magistrate Judge if this Court finds such to be "clearly erroneous" or "contrary to law."

Plaintiffs further argue that Defendants' objection is improper based on newly submitted evidence, which was not presented to the Magistrate Judge at the time of review, and also based on evidence which is either irrelevant or based on unsubstantiated statements.

The Court, having made an independent review of the record herein, including the parties' objection and response filed thereto, finds that the Report and Recommendations of Magistrate Judge Edmonds should be adopted as the findings of fact and conclusions of law of this Court.

Based on the foregoing,

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court;

1        IT IS FURTHER ORDERED that Defendants' Motion to Compel Arbitration [Doc.

2   #51] is DENIED.

3

4        DATED this 31st day of March, 2008.

5

6                                                                   FRANK R. ZAPATA

7                                                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28