IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Starr, husband; and Lorita Starr, wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>The Hameroff Law Firm, P.C., an Arizona professional corporation; et al.,<br><br>　　　　Defendants. | No. CIV 06-520 TUC FRZ (GEE)<br><br>**REPORT AND RECOMMENDATION** |

  Pending before the court is a motion to dismiss filed on May 1, 2008, by the defendants, Unifund CCR Partners, Credit Card Receivables Fund, Inc., and ZB limited partners. [doc. #67]

  The plaintiffs, Michael and Lorita Starr, were named as defendants in a collection action filed previously in state court. They brought the instant action against the state court plaintiff and its attorney claiming the state court complaint violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

  On January 11, 2008, the court issued an order dismissing the defendant, Hameroff Law Firm, pursuant to stipulation. In the instant motion, the defendants, Unifund CCR Partners, Credit Card Receivables Fund, Inc., and ZB limited partners, argue they should also be dismissed from the action because the stipulated agreement signed by the plaintiffs also

releases them from liability.  They also argue they are no longer liable because their agent was dismissed from the case and this release "likewise releases the principal."

On June 4, 2008, the plaintiffs filed a "Notice of No Objection" explaining they "have concluded that the Court could properly conclude that these Defendants were covered by the dismissal and settlement agreement negotiated by Plaintiff[s] and Defendants Hammeroff Law Firm and David Hammeroff."  Accordingly, they have no objection to the instant motion to dismiss.

Recommendation

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

GRANTING the motion to dismiss filed on May 1, 2008, by the defendants, Unifund CCR Partners, Credit Card Receivables Fund, Inc., and ZB limited partners.  [doc. #67]

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this Report and Recommendation.   If objections are not timely filed, the party's right to de novo review may be waived.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), *cert. denied*, 540 U.S. 900 (2003).

The Clerk is directed to send a copy of this Report and Recommendation to all parties.

DATED this 27th day of June, 2008.

Glenda E. Edmonds
United States Magistrate Judge