1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8

9   Michael Starr and Lorita Starr, husband   )        No. CV 06-520 TUC FRZ (GEE)
    and  wife,                                 )
10                                             )                **ORDER**
                  Plaintiff,                   )
11  v.                                         )
                                               )
12  The Hameroff Law Firm, PC; et al.,         )
                                               )
13                Defendants.                  )
                                               )
14  _____

15          Defendants Unifund CCR Partners, Credit Card Receivables Fund, Inc, and ZB

16  Limited Partners filed an unopposed Motion to Dismiss, pursuant to the terms of the

17  Settlement Agreement and Mutual General Release between the Hameroff Defendants;

18          The Court, having made an independent review of the record herein, finds that the

19  Report and Recommendations of Magistrate Judge Edmonds should be adopted.

20          Based on the foregoing,

21          IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is

22  hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this

23  Court;

24          IT IS FURTHER ORDERED that the unopposed Defendants' Motion to Dismiss [Doc.

25  #67] is GRANTED, pursuant to the terms of the Settlement Agreement and Mutual General

26  Release;

27          IT IS FURTHER ORDERED that Defendants Unifund CCR Partners, Credit Card

28  Receivables Fund, Inc, and ZB Limited Partners are DISMISSED from this action;

1    IT IS FURTHER ORDERED that this action is DISMISSED in its entirety.

2

3    DATED this 22nd day of July, 2008.

4

5                                                FRANK R. ZAPATA

6                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28